
ROBERT K. LEVENSON, *pro hac vice*
Email: Levensonr@sec.gov

SECURITIES AND EXCHANGE COMMISSION
801 Brickell Ave., Suite 1800
Miami, FL 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154

LOCAL COUNSEL:
John W. Berry, Regional Trial Counsel
Donald W. Searles, Cal Bar. No. 135705
Email: Searlesd@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036-3648
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>CALPACIFIC EQUITY GROUP, LLC, DANIEL R. BAKER, and DEMOSTHENES DRITSAS<br><br>Defendants. | Case No. |

### NOTICE OF FILING CONSENTS OF DANIEL R. BAKER AND DEMOSTHENES DRITSAS TO JUDGMENT OF PERMANENT INJUNCTION AND OTHER RELIEF

Plaintiff Securities and Exchange Commission files the attached Consents of

Defendants Daniel R. Baker and Demosthenes Dritsas to entry of Judgments of

1

Permanent Injunction and Other Relief. The Commission respectfully requests entry of the proposed Judgments, which will resolve all issues of liability against them without the need for trial. This leaves open the issues of disgorgement, prejudgment interest and civil penalties, if any. The Commission will attempt to resolve these issues with the Defendants or file the appropriate motions.

Respectfully submitted,

July 23, 2014

*Robert K. Levenson*
ROBERT K. LEVENSON
Direct Dial: (305) 982-6341
Facsimile: (305) 536-4154
Email: Levensonr@sec.gov

Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
801 Brickell Avenue, Suite 1800
Miami, Florida 33131


/s/ Donald W. Searles
JOHN W. BERRY
Regional Trial Counsel
DONALD W. SEARLES
Cal Bar. No. 135705
Email: Searlesd@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036-3648
Telephone: (323) 965-3998
Facsimile: (323) 965-3908