ROBERT K. LEVENSON, *pro hac vice*
Email: Levensonr@sec.gov

SECURITIES AND EXCHANGE
COMMISSION
801 Brickell Ave., Suite 1800
Miami, FL 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154

LOCAL COUNSEL:
John W. Berry, Regional Trial Counsel
Donald W. Searles, Cal Bar. No. 135705
Email: Searlesd@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036-3648
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>CALPACIFIC EQUITY GROUP, LLC, DANIEL R. BAKER, and DEMOSTHENES DRITSAS<br><br>Defendants. | Case No.<br><br>2:14-CV-05754 |

## NOTICE OF RELATED CASE

TO THE CLERK OF THIS HONORABLE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Local Rule 83-1.3, Plaintiff Securities and Exchange Commission herein believes that this action and the

following action previously filed in the Central District of California are or may be "related cases" under Local Rule 83-1.3:

    1.    *USA v. Demosthenes Dritsas*, Case No. 8:14-CR-0068-DOC

    2.    *USA v. Daniel Russell Baker*, Case 8:14-CR-00041-DOC.

These cases are or may be related cases in that they may:

    a.    appear to arise from the same or a closely related transactions, happenings, or events.

Respectfully submitted,

July 24, 2014

/Robert K. Levenson/
ROBERT K. LEVENSON
Direct Dial: (305) 982-6341
Facsimile: (305) 536-4154
Email: Levensonr@sec.gov

Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
801 Brickell Avenue, Suite 1800
Miami, Florida 33131


/s/ Donald W. Searles
JOHN W. BERRY
Regional Trial Counsel
DONALD W. SEARLES
Cal Bar. No. 135705
Email: Searlesd@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036-3648
Telephone: (323) 965-3998
Facsimile: (323) 965-3908