ROBERT K. LEVENSON, *pro hac vice*
Florida Bar No. 0089771
Email: Levensonr@sec.gov

SECURITIES AND EXCHANGE COMMISSION
801 Brickell Ave., Suite 1800
Miami, FL 33131
Telephone: (305) 982-6341
Facsimile: (305) 536-4154

LOCAL COUNSEL:
Donald W. Searles, Cal Bar. No. 135705
Email: Searlesd@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036-3648
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

CLOSED – js6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>         Plaintiff,<br><br>   vs.<br><br>**CALPACIFIC EQUITY GROUP, LLC, DANIEL R. BAKER, and DEMOSTHENES DRITSAS**<br><br>         Defendants. | Case No. CV 14-5754-JFW (AGRx) |

## FINAL JUDGMENT AS TO DEFENDANT DANIEL R. BAKER

The Securities and Exchange Commission having filed a Complaint, and Defendant Daniel R. Baker having: entered a general appearance; consented to the Court's jurisdiction over Baker and the subject matter of this action; consented to

1

entry of this Final Judgment; waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

# I.

## **DISGORGEMENT, PREJUDGMENT INTEREST, AND CIVIL PENALTY**

**IT IS ORDERED AND ADJUDGED** that Baker is liable for disgorgement of $40,865, prejudgment interest on disgorgement of $2,086.28, and a civil penalty of $40,865 pursuant to Section 20(d) of the Securities Act of 1933 ("Securities Act"), 15 U.S.C. § 77t(d), and Section 21(d)(3) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u(d)(3).

Baker shall satisfy this obligation by paying $83,816.28 to the Securities and Exchange Commission in five payments according to the following schedule: (1) $10,000 within 30 days after entry of this Final Judgment; (2) $10,000 within 90 days after entry of this Final Judgment; (3) $10,000 within 180 days after entry of this Final Judgment; (4) $10,000 within 270 days after entry of this Final Judgment; and (5) $43,816.28 plus any unpaid post-judgment interest amounts within one year after entry of this Final Judgment. Payments shall be deemed made on the date they are received by the Commission and shall be applied first to post judgment interest, which accrues pursuant to 28 U.S.C. § 1961 on any unpaid amounts due after 14 days after entry of this Final Judgment. Prior to making the final payment set forth herein, Baker shall contact the staff of the Commission for the amount due for the final payment.

If Baker fails to make any payment by the date agreed and/or in the amount agreed according to the schedule set forth above, all outstanding payments under this Final Judgment, including post-judgment interest, minus any payments made, shall become due and payable immediately at the discretion of the staff of the Commission without further application to the Court.

Baker may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the Commission website at http://www.sec.gov/about/offices/ofm.htm. Baker may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to:

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> HQ Building Room 181, AMZ-341
> Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, name of this Court, and Baker's name as a defendant in this action, and specifying that payment is made pursuant to this Final Judgment.

Baker shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action, Robert K. Levenson, Securities and Exchange Commission, 801 Brickell Ave., Suite 1800, Miami, FL, 33131. By making these payments, Baker relinquishes all legal and

equitable rights, title, and interest in such funds and no part of the funds shall be returned to Baker.

The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of this Final Judgment.

The Commission shall hold the funds and may propose a plan to distribute the funds subject to the Court's approval.  The Court shall retain jurisdiction over the administration of any distribution of the funds.  If the Commission staff determines that the funds will not be distributed, the Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

## II.

### INCORPORATION OF CONSENT

**IT IS FURTHER ORDERED AND ADJUDGED** that Baker's Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Baker shall comply with all of the undertakings and agreements set forth therein.

## III.

### EXCEPTION TO BANKRUPTCY DISCHARGE

**IT IS FURTHER ORDERED AND ADJUDGED** that, solely for purposes of exception to discharge set forth in Section 523 of the Bankruptcy Code, 11 U.S.C. §523, the allegations in the complaint are deemed true and admitted by Baker, and,

further, any debt for disgorgement or prejudgment interest due by Baker under this Final Judgment is a debt for the violation by Baker of the federal securities laws or any regulation or order under such laws, as set forth in Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. §523(a)(19).

## IV.

## RETENTION OF JURISDICTION

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

## V.

## RULE 54(b) CERTIFICATION

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

**DONE AND ORDERED** in Chambers at Los Angeles, California, this 7th day of April, 2016.

_____
THE HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Copies:
All Counsel and Parties of Record